# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **20-2029**     Case Manager: **Ryan E. Orme**

Case Name: **Jane Doe v City of Detroit**

Is this case a cross appeal?   ☐ Yes   ☑ No
Has this case or a related one been before this court previously?   ☐ Yes   ☑ No
If yes, state:
  Case Name: _____   Citation: _____
  Was that case mediated through the court's program?   ☐ Yes   ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

> **This appeal is being taken against the Defendant, City of Detroit. The issue on appeal is whether the trial court erred in granting summary judgment to Defendant.**

**This is to certify that a copy of this statement was served on opposing counsel of record this  2nd  day of  November , 2020 .**

/s/Carol A. Laughbaum
Name of Counsel for Appellant

6CA 53
Rev. 6/08