UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

| | |
|---|---|
| **JANE DOE**,<br>     Plaintiff-Appellant,<br>v.<br><br>**CITY OF DETROIT**,<br>     Defendant-Appellee. | Case No. 20-2029 |

**MOTION TO AMEND BRIEFING SCHEDULE**

Pursuant to Sixth Circuit Rule 26(a) and Federal Rule of Appellate Procedure 26(b), counsel for Plaintiff-Appellant Jane Doe respectfully moves to amend the briefing schedule by approximately thirty (30) days. Undersigned counsel has consulted and negotiated with counsel for Defendant-Appellee City of Detroit who consents to the proposed amended schedule and who joins in this request.

The amended briefing schedule would extend the time for filing each of the briefs, resulting in the following revised deadlines:

Appellant's Principal Brief:    December 28, 2020 → January 25, 2021

Appellee's Principal Brief:    January 27, 2021 → February 24, 2021

Appellant's Reply Brief:    21 days after Appellee's Principal Brief

Numerous scheduling conflicts exist with the briefing schedule set by the Court. For example, undersigned counsel is counsel of record in another appeal

pending in this Court, *Johnson v Ford Motor Company*, Case No. 20-2032; and in cases at the summary judgment stage pending in the U.S. District Court, E.D. Michigan and/or with the American Arbitration Association, including *Turner v FCA*, Case No. 19-cv-011992; and *Sande v Masco Corporation et al.,* (AAA Case No. 01-20-004-9187). As such, counsel is obligated to prepare and file an appeal brief or brief opposing summary judgment in each of these fact intensive employment cases between now and February 6, 2021. In addition, undersigned counsel is counsel of record in *Fan v Fuyao Automotive North America, Inc*, 19-cv-11613, and as such is obligated to prepare for and conduct depositions of six fact witnesses, five of whom are Chinese nationals and require a translator, between now and January 15, 2021. These depositions were extremely difficult to coordinate and schedule, and would require substantial translator cancellation fees. Counsel also has prescheduled family vacation time over the upcoming holidays.

Counsel for the City of Detroit also has a number of scheduling conflicts and/or commitments.

Undersigned counsel has consulted with counsel for the City of Detroit, who has agreed to the proposed extended schedule and has authorized undersigned counsel to represent as much.

For the foregoing reasons, counsel for Doe respectfully requests on behalf of all parties that the Court grant this motion to amend the briefing schedule.

Respectfully submitted,

STERLING ATTORNEYS AT LAW, P.C.

By:    /s/Carol A. Laughbaum
   Carol A. Laughbaum (P41711)
   Attorney for Plaintiff-Appellant
   33 Bloomfield Hills Pkwy., Ste. 250
   Bloomfield Hills, MI 48304
   (248) 644-1500

Dated:  December 21, 2020

## CERTIFICATE OF COMPLIANCE

In accordance with Fed R App P 32(g)(1), the undersigned certifies that this document complies with the type-volume limit of Fed R App P 27(d)(2) because it contains 379 words, excluding the parts exempted by Fed R App P 32(f). This document complies with the typeface requirements of Fed R App P 32(a)(5) and the type style requirements of Fed R App P 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016, Calisto MT, 14-pt. font.

Respectfully submitted,

/s/Carol A. Laughbaum
Carol A. Laughbaum

Dated: December 21, 2020

# CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system on December 21, 2020. All participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/Carol A. Laughbaum
Carol A. Laughbaum